UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FESUIAI S. FUIMAONO,

        Petitioner,

  v.

JOE LIZARRAGA,

        Respondent.

Case No. 18-cv-03650-SI

**JUDGMENT**

The petition for writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 29, 2019

_____
SUSAN ILLSTON
United States District Judge